**FILED**

NOV 1 4 2024

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>WESTMORELAND DENTAL OF GARLAND PC,<br><br>Debtor. | Case No.: 14-33522-mvl7 |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

COMES NOW the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a creditor in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | **Name of Claimant(s)** | The Estate of John Henry Litzler |
|---|---|---|
| 2. | **Name and Title of Authorizing Officer or Representative** *(If Claimant is an individual, skip to Question No. 3)* | JAIN LAW & ASSOCIATES PLLC,<br><br>Counsel of record for<br><br>Nancy Litzler, Independent Executor of the Estate of John Henry Litzler (PR-17-01007-2, Dallas County Probate Court No. 2) |
| 3. | **Current Mailing Address** | 400 Las Colinas Boulevard East, Suite 680<br>Irving, Texas 75039 |
| 4. | **Telephone Number** | (214) 446-0330 |
| 5. | **SS# *(last 4 digits only)* or EIN #** | JAIN LAW & ASSOCIATES PLLC:  37-1828158<br><br>Estate of John Henry Litzler:  82-6183021 |
| 6. | **Amount Being Claimed** | $7,368.15 |

I, Kristin H. Jain, Managing Member of JAIN LAW & ASSOCIATES, PLLC, do hereby state under penalty of perjury that I am duly authorized to seek reimbursement of the above-referenced unclaimed funds on behalf of Nancy Litzler, in her capacity as the Independent Executor of the Estate of John Henry Litzler. Ms. Litzler, having within her possession current

Letters Testamentary, is legally entitled to claim these funds on behalf of the Estate of John Henry Litzler for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. A true and correct copy of the Letters Testamentary issued to Ms. Litzler is attached hereto as "Exhibit A", and I maintain an original of the Letters Testamentary in my offices and will make the same available to the Court if requested. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date _09-30-24_

_____
Claimant Signature

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 30TH DAY OF SEPTEMBER 2024.

_____
Notary Public
In and for the State of Texas

My commission expires_12-15-2025_

C RYAN CHILDRESS
Notary Public, State of Texas
Comm. Expires 12-15-2025
Notary ID 129690645

Dated: October ___, 2024

Respectfully submitted by,

/s/Kristin H. Jain
_____
Kristin H. Jain, Esq.
Texas Bar No. 24010128
JAIN LAW & ASSOCIATES PLLC
400 East Las Colinas Blvd., Suite 680
Irving, Texas 75039
Telephone:      (214) 446-0330
Facsimile:       (214) 446-0321
Email:            KHJain@JainLaw.com

*Attorney for Nancy Litzler, Independent
Executor for the Estate of John Henry Litzler*

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on October _, 2024, a true and correct copy of the foregoing APPLICATION FOR UNCLAIMED FUNDS via United States mail, first-class postage prepaid and properly addressed, upon the following persons or entities:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd
Floor Dallas, TX 75242

*/s/Kristin H. Jain*
Kristin H. Jain

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:<br><br>WESTMORELAND DENTAL OF GARLAND PC,<br><br>Debtor. | Case No.: 14-33522-mvl7 |

## LIMITED POWER OF ATTORNEY IN SUPPORT OF
## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

STATE OF FLORIDA     )
                         )
COUNTY OF Sumter  )

KNOW ALL MEN BY THESE PRESENTS:

THAT I, **Nancy Litzler**, of 1071 Hollyhock Way, The Villages, Sumter County, Florida 32163, in my duly-authorized capacity as **Independent Executor of the Estate of John Henry Litzler**, do hereby appoint **Kristin H. Jain** of JAIN LAW & ASSOCIATES PLLC, 400 East Las Colinas Boulevard, Suite 680, Irving, Texas 75039, as my true and lawful attorney-in-fact to act in my name on and on my behalf for the specific purpose of requesting payment, on my behalf, of funds currently held within the registry of the above-identified Court, *to wit*:

| | | |
|---|---|---|
| 1. | **Name of Claimant(s)** | The Estate of John Henry Litzler |
| 2. | **Name and Title of Authorizing Officer or Representative** *(If Claimant is an individual, skip to Question No. 3)* | JAIN LAW & ASSOCIATES PLLC,<br>Counsel of record for<br>Nancy Litzler, Independent Executor of the Estate of John Henry Litzler (PR-17-01007-2, Dallas County Probate Court No. 2) |
| 3. | **Current Mailing Address** | 400 Las Colinas Boulevard East, Suite 680 Irving, Texas 75039 |
| 4. | **Telephone Number** | (214) 446-0330 |

| 5. | **SS# *(last 4 digits only)* or EIN #** | JAIN LAW & ASSOCIATES PLLC:  37-1828158 |
| | | Estate of John Henry Litzler:  82-6183021 |
| 6. | **Amount Being Claimed** | $7,368.15 |

This Limited Power of Attorney grants to Kristin H. Jain the following powers:

1.  To sign, execute, deliver and file with the Court any documents necessary to cause the Court to release from the registry of the Court the above-identified funds payable to JAIN LAW & ASSOCIATES PLLC on behalf of the Estate of John Henry Litzler;

2.  To receive at or into the JAIN LAW & ASSOCIATES PLLC IOLTA account the above-referenced funds;

3.  To appear on my behalf in any hearing or proceeding necessary for the retrieval of said funds; and

4.  To receive and endorse any checks or instruments issued as a result of the withdrawal of the funds from the Court's registry.

This Power of Attorney shall become effective immediately and shall remain in full effect until the above-referenced funds have been retrieved from the Court's registry and paid to JAIN LAW & ASSOCIATES PLLC on behalf of the Estate of John Henry Litzler or until revoked by me in writing.

Date 11-7-24

Claimant Signature

SUBSCRIBED AND SWORN TO BEFORE ME
THIS __7__ DAY OF NOVEMBER 2024.

Notary Public
In and for the State of Florida

My commission expires Aug 22, 2028



CASSIE BROWN
Notary Public - State of Florida
Commission # HH 586052
My Comm. Expires Aug 22, 2028
Bonded through National Notary Assn.

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on November _, 2024, a true and correct copy of the foregoing LIMITED POWER OF ATTORNEY via United States mail, first-class postage prepaid and properly addressed, upon the following persons or entities:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd
Floor Dallas, TX 75242

/s/Kristin H. Jain
Kristin H. Jain

Instructions for filing the Application for Payment of Unclaimed Funds

**The court will only disburse unclaimed funds to the rightful owner upon full proof of the right thereto. Therefore, the following forms and documentation are required:**

1. **An Application for Payment of Unclaimed Funds**, include the case name and number.
   a. If the funds were deposited for joint claimants, both claimants must sign the application.
   b. The applicant must have legal standing to make the claim. When the owner of record is not the claimant, the signer or claimant requesting release of funds must show proper authority.
2. **Notice of Service to the US Attorney.** (US Attorney's mailing address is on the form)
3. **Required supporting documentation:**

   1. A legible copy of a document with former address on it establishing proof of the address of record at the time of the bankruptcy case (a copy of proof of claim, correspondence from the court, tax forms, telephone or water bill, etc.).

   2. A photocopy of an official government identification card (i.e. Passport, Military ID, or valid and current driver's license) for each claimant.

   3. Form AO213 Vendor Information/TIN Certification.

The following **additional** documentation is required:

If the claimant(s) is represented by an attorney or a funds locator:

1. Proof of identity of the owner of record.
2. An original notarized Power of Attorney signed by the claimant on whose behalf the representative is acting.
3. Proof of identity of the representative; and
4. Documentation sufficient to establish the claimant's entitlement to the funds. (See above)

If claiming on behalf of a deceased party:

1. Copy of the death certificate.
2. Certified copies of probate documents establishing the representative's right to act on behalf of o the decedent's estate
3. Proof of personal identity of the estate administrator.

If the Claimant is a Corporation/Partnership:

1.  Application must be signed by an agent for and on behalf of the Corporation/Partnership.
2.  A statement of the signing agent's authority.
3.  Documentation establishing chain of ownership of the original corporate claimant.
4.  A photocopy of representative's identification credentials

Purchased or assigned claims:

1.  Documentation evidencing the transfer of claim or proof of the purchase/sale of assets.

Mail the **original** application to the following address:

U.S. Bankruptcy Court
1100 Commerce St., Room 1254
Dallas, TX 75242

Applications received which do not comply with the above requirements may be denied by the court.

Claims could take up to 90 days to complete.

*Privacy note:* Because documents filed with the court are available through the Internet, the court is committed to the protection of personal identification information. The individual applicant's driver's license number should be blacked out for privacy considerations. Also, all but the last four digits of the Social Security number should be blacked out for the same privacy reasons. **Responsibility.** The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The bankruptcy clerk is not responsible for ensuring compliance.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Case No. 14-33522-MVL |
|  | § |  |
| WESTMORELAND DENTAL of | § |  |
| GARLAND PC | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Areya Holder Aurzada, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $54,757.12 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $27,605.83 | | |

3)      Total gross receipts of $82,362.95  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $82,362.95 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $393,523.81 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $27,605.83 | $27,605.83 | $27,605.83 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $4,702,100.00 | $3,856,724.00 | $3,856,724.00 | $54,757.12 |
| **Total Disbursements** | $4,702,100.00 | $4,277,853.64 | $3,884,329.83 | $82,362.95 |

4). This case was originally filed under chapter 7 on 07/24/2014. The case was pending for 121 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/30/2024      By:    /s/ Areya Holder Aurzada
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

Case 14-33522-mvl7    Doc 73    Filed 10/01/24    Entered 10/01/24 12:19:28    Desc Main
Document    Page 3 of 11

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Refund of funds held by Texas Comptroller | 1229-000 | $70,371.68 |
| Refund of funds held by Texas Medicaid & Healthcare Partnership | 1229-000 | $11,991.27 |
| **TOTAL GROSS RECEIPTS** | | $82,362.95 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1SEC | Texas Health and Human Services Commission | 4110-000 | $0.00 | $393,523.81 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $393,523.81 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Estate of John H Litzler | 2100-000 | NA | $7,368.15 | $7,368.15 | $0.00 |
| Clerk, US Bankruptcy Court (The Estate of John H Litzler, Trustee) | 2100-001 | NA | $0.00 | $0.00 | $7,368.15 |
| Independent Bank | 2600-000 | NA | $1,014.39 | $1,014.39 | $1,014.39 |
| Pinnacle Bank | 2600-000 | NA | $1,181.79 | $1,181.79 | $1,181.79 |
| Claim Amount, Attorney for Trustee | 3210-000 | NA | $15,154.00 | $15,154.00 | $15,154.00 |
| Claim Amount, Attorney for Trustee | 3220-000 | NA | $445.50 | $445.50 | $445.50 |
| Lain Faulkner & Co, P.C., Accountant for Trustee | 3410-000 | NA | $2,442.00 | $2,442.00 | $2,442.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $27,605.83 | $27,605.83 | $27,605.83 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE


EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1UNS | Texas Health and Human Services Commission | 7100-000 | $4,700,000.00 | $3,856,724.00 | $3,856,724.00 | $54,757.12 |
| | First Data Global Leasing | 7100-000 | $2,100.00 | $0.00 | $0.00 | $0.00 |
| | Henry Schein | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Patterson Dental Supply | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Precision Ortho Lab | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Safeco Dental Supply | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $4,702,100.00 | $3,856,724.00 | $3,856,724.00 | $54,757.12 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 14-33522-MVL | | Trustee Name: | Areya Holder Aurzada |
| Case Name: | WESTMORELAND DENTAL of GARLAND PC | | Date Filed (f) or Converted (c): | 07/24/2014 (f) |
| For the Period Ending: | 8/30/2024 | | §341(a) Meeting Date: | 09/02/2014 |
| | | | Claims Bar Date: | 08/03/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Claims against Xerox Health and State of Texas | Unknown | $1.00 | | $0.00 | FA |
| Asset Notes: | (such claims are detailed in the pending action between Xerox Health and State of Texas) | | | | | |
| 2 | Refund of funds held by Texas Medicaid & Healthcare Partnership (u) | $0.00 | $11,991.27 | | $11,991.27 | |
| 3 | Refund of funds held by Texas Comptroller (u) | $0.00 | $70,371.68 | | $70,371.68 | |

| | | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $0.00 | $82,363.95 | | $82,362.95 | $0.00 |

**Major Activities affecting case closing:**

| 01/08/2024 | The resolution of all assets has been concluded, and the professionals' fee applications will be filed this month. As soon as the final fee applications are filed, the case will be ready for the Trustee's Final Report and proposed distribution. |
|---|---|
| 07/11/2023 | The state court litigation is still pending, and special counsel is continuing to work on potential avenues of resolution. |
| 01/10/2023 | The state court litigation is pending, and special counsel is continuing to work on potential avenues of resolution. |
| 03/11/2022 | Litigation is still pending, and dispositive motions should heard in second quarter of 2022. |
| 07/06/2021 | Litigation is still pending and discovery has resumed following a Covid-induced hiatus. Additionally, the case was recently reassigned to a new judge due. |
| 01/08/2021 | The litigation is still pending, and is being assigned to a new judge. Once a new judge is assigned, special counsel will have get a hearing for the dispositive motion. |
| 07/26/2020 | Special counsel is preparing for trial, but the Trustee believes settlement is imminent. |
| 02/11/2020 | Litigation is still pending. This litigation is very complex and has multiple defendants. Issues and questions have been sent to the Texas Supreme Court, and it is likely that more issues and question will be submitted to the Supreme Court before the litigation is completed. Counsel anticipates filing dispositive motions within the first half of 2020. |
| 06/30/2019 | The litigation is very complex and is still pending. |
| 07/13/2018 | Discovery and depositions are still being conducted. Additionally, in December the parties argued an important issue (proportionate responsibility) in these cases that was on mandamus to the Texas Supreme Court (no. 16-0671). In February, the dentists argued a second, related matter (appealing a denial of counterclaims against the state, and clarifying the one-satisfaction rule in qui tam cases) in these cases before the Texas Supreme Court (16-0549). The decisions on those mandamus/appeals is expected some time in July. |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  2          Exhibit **8**

| Case No.: | 14-33522-MVL | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | WESTMORELAND DENTAL of GARLAND PC | Date Filed (f) or Converted (c): | 07/24/2014 (f) |
| For the Period Ending: | 8/30/2024 | §341(a) Meeting Date: | 09/02/2014 |
| | | Claims Bar Date: | 08/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

01/12/2018     State Court litigation is still pending

3/13/2017 - The state court litigation is still pending, and counsel is currently conducting discovery and holding depositions. Things are moving slow due to the battle with the State regarding the turnover of documents that was given to the State by Xerox. Judge handling the case retired and a new judge was assigned after the new year.

9/9/2016 SPECIAL LITIGATION COUNSEL HAS BEEN HIRED TO PURSUE CLAIMS AGAINST THIRD PARTIES IN A PENDING LAWSUIT IN AUSTIN.

9/9/2016 - Litigation is still pending.

**Initial Projected Date Of Final Report (TFR):** <u>12/31/2016</u>     **Current Projected Date Of Final Report (TFR):** <u>02/29/2024</u>

/s/ AREYA HOLDER AURZADA

AREYA HOLDER AURZADA

FORM 2    Page No: 1    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-33522-MVL | | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|---|
| Case Name: | WESTMORELAND DENTAL of GARLAND PC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1943 | | Checking Acct #: | ******3522 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/24/2014 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 8/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2021 | (2) | Texas Medicaid & Healthcare Partnership | Funds held by provider | 1229-000 | $11,924.53 | | $11,924.53 |
| 04/28/2021 | (2) | Texas Medicaid & Healthcare Partnership | Funds held by provider | 1229-000 | $66.74 | | $11,991.27 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $0.60 | $11,990.67 |
| 05/17/2021 | (3) | Texas Comptroller of Public Accounts | Refund of funds held by Texas Comptroller | 1229-000 | $70,371.68 | | $82,362.35 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $58.53 | $82,303.82 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $120.02 | $82,183.80 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $119.84 | $82,063.96 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $119.67 | $81,944.29 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $119.49 | $81,824.80 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $119.32 | $81,705.48 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $119.15 | $81,586.33 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $118.97 | $81,467.36 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $118.80 | $81,348.56 |
| 02/22/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $81,348.56 | $0.00 |

| | | | | SUBTOTALS | $82,362.95 | $82,362.95 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-33522-MVL | | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|---|
| Case Name: | WESTMORELAND DENTAL of GARLAND PC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1943 | | Checking Acct #: | ******3522 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/24/2014 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 8/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $82,362.95 | $82,362.95 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $81,348.56 | |
| | | | **Subtotal** | | $82,362.95 | $1,014.39 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $82,362.95 | $1,014.39 | |

| For the period of 7/24/2014 to 8/30/2024 | | For the entire history of the account between 04/28/2021 to 8/30/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $82,362.95 | Total Compensable Receipts: | $82,362.95 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $82,362.95 | Total Comp/Non Comp Receipts: | $82,362.95 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,014.39 | Total Compensable Disbursements: | $1,014.39 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,014.39 | Total Comp/Non Comp Disbursements: | $1,014.39 |
| Total Internal/Transfer Disbursements: | $81,348.56 | Total Internal/Transfer Disbursements: | $81,348.56 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-33522-MVL | | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|---|
| Case Name: | WESTMORELAND DENTAL of GARLAND PC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1943 | | Checking Acct #: | ******0010 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/24/2014 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 8/30/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $81,348.56 | | $81,348.56 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $120.91 | $81,227.65 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $116.83 | $81,110.82 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $120.56 | $80,990.26 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $116.49 | $80,873.___ |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $120.21 | $80,753.___ |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $120.03 | $80,633.__ |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $115.98 | $80,517.55 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $115.81 | $80,401.74 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $115.64 | $80,286.__ |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $119.33 | $80,166.__ |
| 05/28/2024 | 5001 | Lain Faulkner & Co, P.C. | Claim #: ;  Amount Allowed: 2,442.00;  Distribution Dividend: 100.00; Account Number: ; | 3410-000 | | $2,442.00 | $77,724.__ |
| 05/28/2024 | 5002 | ROCHELLE MCCULLOUGH | Claim #: ;  Amount Allowed: 15,154.00;  Distribution Dividend: 100.00; Account Number: ; Claim #: ;  Amount Allowed: 445.50;  Distribution Dividend: 100.00; Account Number: ; | * | | $15,599.50 | $62,125.__ |
| | | | Claim Amount                          $(15,154.00) | 3210-000 | | | $62,125.27 |
| | | | Claim Amount                          $(445.50) | 3220-000 | | | $62,125.27 |
| 05/28/2024 | 5003 | The Estate of John H Litzler | Trustee Compensation | 2100-000 | | $7,368.15 | $54,757.12 |
| 05/28/2024 | 5004 | Texas Health and Human Services Commission | Claim #: 1;  Amount Allowed: 3,856,724.00;  Distribution Dividend: 1.42; Account Number: ; | 7100-000 | | $54,757.12 | $0.00 |
| 08/26/2024 | | United States Bankruptcy Court, Clerk of the Court | Unclaimed Funds paid to Court | 2100-001 | | $7,368.15 | ($7,368.15) |
| 08/26/2024 | 5003 | STOP PAYMENT: The Estate of John H Litzler | Trustee Compensation | 2100-004 | | ($7,368.15) | $0.00 |

| | | | | | SUBTOTALS | $81,348.56 | $81,348.56 |

FORM 2                                                                                                    Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 14-33522-MVL | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | WESTMORELAND DENTAL of GARLAND PC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1943 | Checking Acct #: | ******0010 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/24/2014 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 8/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $81,348.56 | $81,348.56 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** | | $81,348.56 | $0.00 | |
|  |  |  | **Subtotal** | | $0.00 | $81,348.56 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $0.00 | $81,348.56 | |

For the period of 7/24/2014 to 8/30/2024

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $81,348.56 |
| | |
| Total Compensable Disbursements: | $81,348.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $81,348.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 02/22/2022 to 8/30/2024

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $81,348.56 |
| | |
| Total Compensable Disbursements: | $81,348.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $81,348.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-33522-MVL | Trustee Name: | Areya Holder Aurzada |
| Case Name: | WESTMORELAND DENTAL of GARLAND PC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1943 | Checking Acct #: | ******0010 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/24/2014 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 8/30/2024 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $82,362.95 | $82,362.95 | $0.00 |

**For the period of 7/24/2014 to 8/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $82,362.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $82,362.95 |
| Total Internal/Transfer Receipts: | $81,348.56 |
| | |
| Total Compensable Disbursements: | $82,362.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $82,362.95 |
| Total Internal/Transfer Disbursements: | $81,348.56 |

**For the entire history of the case between 07/24/2014 to 8/30/2024**

| | |
|---|---|
| Total Compensable Receipts: | $82,362.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $82,362.95 |
| Total Internal/Transfer Receipts: | $81,348.56 |
| | |
| Total Compensable Disbursements: | $82,362.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $82,362.95 |
| Total Internal/Transfer Disbursements: | $81,348.56 |

/s/ AREYA HOLDER AURZADA

AREYA HOLDER AURZADA

Case 14-33522-mvl7  Doc 72  Filed 08/26/24  Entered 08/26/24 14:33:01  Desc Main
Document  Page 20 of 27

Areya Holder Aurzada
State Bar No. 24002303
CHAPTER 7 TRUSTEE
P.O. Box 2105
Addison, Texas 75001-2105
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISON

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| WESTMORELAND DENTAL OF | § | CASE NO: 14-33522-MVL |
| GARLAND, PC | § | |
| | § | |
| | § | |

## TRUSTEE'S NOTICE OF UNCLAIMED FUNDS

You are hereby notified that the Trustee has placed the claim below into the Court's registry as unclaimed funds.

| Name of Creditor | Creditor Address | Amount |
|---|---|---|
| The Estate of John H Litzler | 1343 Allaire Loop<br>The Villages, FL 32163 | $7,368.15 |

Respectfully submitted,

By: /s/ Areya Holder Aurzada
Areya Holder Aurzada
State Bar No. 24002303
CHAPTER 7 TRUSTEE
P.O. Box 2105
Addison, TX 75001-2105
Telephone: (972)438-8800
Email: areya@holderlawpc.com

Case 14-33522-mvl7   Doc 72   Filed 08/26/24   Entered 08/26/24 14:33:01   Desc Main
Document    Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on August

26, 2024, upon all parties receiving electronic notice and The Estate of John H. Litzler at the

address listed below:

The Estate of John H. Litzler
1343 Allaire Loop
The Villages, FL 32163

By: /s/ *Areya Holder Aurzada*
Areya Holder Aurzada

Case 14-33522-mvl7   Doc 71   Filed 05/23/24   Entered 05/23/24 13:40:27   Desc Main
Document   Page 1 of 2



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 23, 2024**

_____
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WESTMORELAND DENTAL of | § | CASE NO.: 14-33522-MVL |
| GARLAND PC | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

## ORDER APPROVING TRUSTEE'S APPLICATION
## FOR COMPENSATION AND EXPENSES

The court has considered the Application for Trustee's Compensation and Expenses ("Application") in which Areya Holder, the chapter 7 trustee for the estate requests to pay compensation to The Estate of John H. Litzler, Chapter 7 Trustee in the amount of $7,368.15 and reimbursement of expenses in the amount of $0.00. The Court having determined that the request for compensation and expenses should be granted, it is

ORDERED that the Application is granted; it is further

ORDERED that compensation in the amount of $7,368.15 and reimbursement of expenses in the amount of $0.00 is allowed; and it is further

1

Case 14-33522-mvl7    Doc 71    Filed 05/23/24    Entered 05/23/24 13:40:27    Desc Main
Document    Page 2 of 2

ORDERED that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee shall be entitled to compensation on the distribution of the additional interest amounts in accordance with 11 U.S.C. § 326(a), without further Order of the Court.

###End of Order###

Prepared by:

Areya Holder Aurzada
Chapter 7 Trustee
P.O. Box 2105
Addison, TX 75001-2105
Telephone: (972) 438-8800
Email: areya@holderlawpc.com

2



# LETTERS TESTAMENTARY
## THE STATE OF TEXAS
### PROBATE COURT NO. 2

*CAUSE NO.* **PR-17-01007-2**
*ESTATE OF JOHN HENRY LITZLER*

I, **JOHN F. WARREN**, *County Clerk and Clerk of the County and Probate Courts, in and for said County, do hereby certify that on the* **10th day of May 2017**

### NANCY LITZLER

*was appointed Independent Executor, without bond, of the Will and Estate of :*

### JOHN HENRY LITZLER, Deceased

*and that said appointee is fully and legally authorized and empowered to act as the Independent Executor, without bond, of the Will and of the above named estate, having qualified by filing the oath on the* **10th day of May 2017.**

*I further certify that said appointment is still in full force and effect.*
*WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE, this 5th day of November 2024.*

**JOHN F. WARREN**, *County Clerk*
*Dallas County, Texas*

By: _____, *Deputy*
Chloe Tamayo

CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
# VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
JUN 18 2016

| STATE OF TEXAS | CERTIFICATE OF DEATH | STATE FILE NUMBER 142-16-085095 |
|---|---|---|

**1. LEGAL NAME OF DECEASED** (Include AKA's, if any) (First, Middle, Last) | (Maiden) | **2. DATE OF DEATH-ACTUAL OR PRESUMED** (mm-dd-yyyy)

JOHN HENRY LITZLER | JUNE 14, 2016

| 3. SEX | 4. DATE OF BIRTH (mm-dd-yyyy) | 5. AGE-Last Birthday (Years) | IF UNDER 1 YR Mo Days | IF UNDER 1 DAY Hours Min | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| MALE | MAY 1, 1943 | 73 | | | BOSTON, MA |

**7. SOCIAL SECURITY NUMBER** ___6764 | **8. MARITAL STATUS AT TIME OF DEATH** ☒ Married ☐ Widowed ☐ Divorced ☐ Never Married ☐ Unknown | **9. SURVIVING SPOUSE'S NAME** (If wife, give maiden name prior to first marriage) NANCY JEANNE JIRKOVSKY

**10a. RESIDENCE STREET ADDRESS** 3310 FAIRMOUNT | **10b. APT. NO.** 12A | **10c. CITY OR TOWN** DALLAS

| 10d. COUNTY | 10e. STATE | 10f. ZIP CODE | 10g. INSIDE CITY LIMITS? |
|---|---|---|---|
| DALLAS | TEXAS | 75201 | ☒ Yes ☐ No |

**11. FATHER'S NAME PRIOR TO FIRST MARRIAGE** SAMUEL JOSEPH LITZLER | **12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE** ANNE BARBARA HENRY

**13. PLACE OF DEATH (CHECK ONLY ONE)**

IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ DOA
IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☐ Nursing Home ☒ Decedent's Home ☐ Other (Specify)

| 14. COUNTY OF DEATH | 15. CITY/TOWN, ZIP (IF OUTSIDE CITY LIMITS, GIVE PRECINCT NO) | 16. FACILITY NAME (If not institution, give street address) |
|---|---|---|
| DALLAS | DALLAS, 75201 | 3310 FAIRMOUNT 12A |

**17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED** NANCY LITZLER - WIFE | **18. MAILING ADDRESS OF INFORMANT** (Street and Number,City,State,Zip Code) 3310 FAIRMOUNT # 12A, DALLAS, TX 75201

**19. METHOD OF DISPOSITION** ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Other (Specify)

**20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH** CHARLINDA ARMSTRONG ,BY ELECTRONIC SIGNATURE - 116334

**21.** ☒ Unknown
Section ___
Block ___
Lot ___
Space ___

**22. PLACE OF DISPOSITION** (Name of cemetery, crematory, other place) MOORE CREMATORY | **23. LOCATION** (City/Town, and State) ARLINGTON, TX

**24. NAME OF FUNERAL FACILITY** SPARKMAN HILLCREST FUNERAL HOME | **25. COMPLETE ADDRESS OF FUNERAL FACILITY** (Street and Number, City, State, Zip Code) 7405 W. NORTHWEST HWY., DALLAS, TX 75225

**26. CERTIFIER** (Check only one)
☒ Certifying physician-To the best of my knowledge, death occurred due to the cause(s) and manner stated.
☐ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time,date and place, and due to the cause(s) and manner stated.

**27.SIGNATURE OF CERTIFIER** CRYSTAL KRONENBERGER , BY ELECTRONIC SIGNATURE | **28. DATE CERTIFIED** (mm-dd-yyyy) JUNE 15, 2016 | **29. LICENSE NUMBER** K8270 | **30. TIME OF DEATH**(Actual or presumed) 02:45 PM

**31. PRINTED NAME, ADDRESS OF CERTIFIER** (Street and Number, City,State,Zip Code) CRYSTAL KRONENBERGER 8330 LBJ FWY #320B, DALLAS, TX 75243 | **32. TITLE OF CERTIFIER** MD

**33. PART 1. ENTER THE CHAIN OF EVENTS** - DISEASES, INJURIES, OR COMPLICATIONS - THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH.

| | | Approximate interval Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. CARDIORESPIRATORY FAILURE | ONE DAY |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated, the events resulting in death) LAST | b. NEUROENDOCRINE TUMOR OF THE LUNG WITH METASTASES TO BRAIN, LIVER, AND LYMPHATIC SYSTEM | UNKNOWN |
| | Due to (or as a consequence of): | |
| | c. | |
| | Due to (or as a consequence of): | |
| | d. | |

**PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.**
URINARY TRACT INFECTION

**34. WAS AN AUTOPSY PERFORMED?** ☐ Yes ☒ No
**35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?** ☐ Yes ☐ No

**36. MANNER OF DEATH** ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined

**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** ☐ Yes ☒ No ☐ Probably ☐ Unknown

**38. IF FEMALE:** ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to one year before death ☐ Unknown if pregnant within the past year

**39. IF TRANSPORTATION INJURY, SPECIFY:** ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify)

| 40a. DATE OF INJURY(mm-dd-yyyy) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? ☐ Yes ☐ No | 40d. PLACE OF INJURY (e.g, Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|

**40e. LOCATION** (Street and Number, City,State,Zip Code) | **40f. COUNTY OF INJURY**

**41. DESCRIBE HOW INJURY OCCURRED**

| 42a. REGISTRAR FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| 0205013 | JUNE 16, 2016 | REGISTRAR - CITY OF DALLAS, ELECTRONICALLY FILED |

EDR NUMBER 000001918732

LHA

VS-112 REV 1/2006

QA08148312

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED JUN 17 2016

Geraldine L. Harris
GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND





